

Peter Apostol
T: +1 312 881 6424
papostol@cooley.com


November 26, 2024

Chief Judge Martin Glenn
U.S. Bankruptcy Court, Southern District of New York
**By e-mail:** mg.chambers@nysb.uscourts.gov

Dear Chief Judge Glenn:

I am writing regarding Arielle Ambra-Juarez, who served as your Judicial Law Clerk from September 2023 through September 2024, and recently joined Cooley LLP ("Cooley") as an associate.

Cooley has been engaged to represent Symbolic Capital Partners Ltd. in connection with an adversary proceeding pending before you, captioned *Celsius Network LLC v. Symbolic Capital Partners Ltd.*, Adv. Proc. No. 24-03997 (the "Matter"). We understand that the bankruptcy case underlying the Matter, *In re Celsius Network LLC*, Case No. 22-10964 (MG) (the "Bankruptcy"), was pending before you during Ms. Ambra-Juarez's judicial clerkship.

Out of an abundance of caution, Cooley has implemented an ethical screen prohibiting Ms. Ambra-Juarez from participating in Cooley's representation of Symbolic Capital Partners Ltd. in the Matter. The screen also prohibits Ms. Ambra-Juarez from discussing the Bankruptcy or the Matter with other Cooley personnel (with the exception of Cooley's Office of General Counsel and its designees, as necessary, to investigate and address potential conflicts of interest). The Cooley team that will be representing Symbolic Capital Partners Ltd. in the Matter have been made aware of these requirements, and have also been prohibited from discussing the Bankruptcy or the Matter with Ms. Ambra-Juarez. Cooley has also implemented security measures restricting Ms. Ambra-Juarez' access to the files for the Matter. Ms. Ambra-Juarez will not share in any fees for the Matter.

Please let me know if you have any questions or concerns.


Sincerely,

Cooley LLP

/s/ Peter L. Apostol

Peter Apostol


cc via e-mail:    Samuel P. Hershey, counsel for plaintiff: shershey@whitecase.com